UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESLEY EDWARD SMITH, III,<br><br>                    Plaintiff,<br><br>-against-<br><br>STATE OF SOUTH CAROLINA,<br><br>                    Defendant. | 21-CV-0573 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued February 11, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the February 27, 2014 order in *Smith v. Commonwealth of Virginia*, ECF 1:13-CV-8111, 7 (LAP) (S.D.N.Y. Feb. 27, 2014), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 11, 2021
            New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge